**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATH VINCENT FULKERSON, | Case No.: 3:20-cv-00425-MMD -WGC |
| Plaintiff, | **ORDER** |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | |
| Defendants. | |

On July 16, 2020, Plaintiff filed a Motion to Proceed In Forma Pauperis (IFP). (ECF No. 1.) In reviewing Plaintiff's motion, the court noted that Plaintiff's Amended Complaint, which is attached to the motion to proceed IFP, contains the names and ages of Plaintiff's minor children. (ECF No. 1-2 at p. 4, l. 13.)

LR IC 6-1(a)(2) & (3) states in part as follows:

> Parties must refrain from including – or must partially redact, where inclusion is necessary – the following personal-data identifiers from all documents filed with the court, including exhibits, whether filed electronically or in paper, unless the court orders otherwise:
>
> * * *
>
> (2) Names of Minor Children. If the involvement of a minor child must be mentioned, only the initials of that child be used.
>
> (3) Dates of Birth. If an individual's date of birth must be included, only the year should be used.
>
> * * *

**IT IS HEREBY ORDERED** that the Clerk shall redact the names and ages of Plaintiff's minor children listed in Plaintiff's Amended Complaint (ECF No. 1-2 at p. 4, l. 13).

DATED: July 17, 2020.

*William G. Cobb*
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE