AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

HEATH VINCENT FULKERSON,

         Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

         Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:20-cv-00425-MMD-WGC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 4) is accepted and adopted in full.

IT IS FURTHER ORDERED AND ADJUDGED that the Complaint (ECF No. 1-2) is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in accordance with this court's ECF No. 5 order and this case is closed.

Date: September 3, 2020

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_